IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MYKHAEL KUCIAPINSKI,
2. KEVIN KUCIAPINSKI,
3. RANDOLPH STIMAC,

    Defendants.

---

## MOTION TO RESTRICT INDICTMENT

---

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the Indictment and Arrest Warrants in this matter at a Level 3, which would make it viewable by "the filer and the Court" only, as well as this Motion and any Order issued by the Court with regard to this Motion, and as grounds therefore submits the following:

1. Said Indictment, Arrest Warrants, and this Motion have been filed as a part of a continuing investigation.

2. The release of the information in the Indictment, Arrest Warrants, and this Motion may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Indictment, Arrest Warrants in this matter, as well as this Motion, be restricted until further Order of the Court.

Respectfully submitted this  13th  day of September, 2018.

ROBERT C. TROYER
United States Attorney

By: *s/Jeremy Sibert*
JEREMY SIBERT
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
Telephone: (303) 454-0100
Fax:  (303) 454-0401
e-mail: jeremy.sibert@usdoj.gov
Attorney for the Government