IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-CR-429-REB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2018

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MYKHAEL KUCIAPINSKI,
2. KEVIN KUCIAPINSKI,
3. RANDOLPH STIMAC,

Defendants.

## ORDER TO RESTRICT INDICTMENT

The Court has for consideration the Government's Motion to Restrict wherein the Government asks this Court to restrict the Indictment in the above-referenced case. Upon consideration,

IT IS ORDERED that the Indictment and Arrest Warrant are hereby restricted at a Level 3 until further Order of the Court.

IT IS SO ORDERED on this 13th day of Sept., 2018.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO