IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Mykhael Kucapinski,
2. Kevin Kucapinski,
3. Randolph Stimac

    Defendants.

## MOTION TO UN-RESTRICT

The United States, by and through United States Attorney Robert C. Troyer, and the undersigned Assistant United States Attorney, hereby respectfully requests the Court un-restrict the Indictment, Arrest Warrant, the Government's Motion to Restrict, and the Order to Restrict in this case.

The warrant has been executed and all defendants has been arrested;

…

…

…

…

accordingly, there is no longer a necessity for the documents to remain restricted from public access.

                Respectfully submitted,

                ROBERT C. TROYER
                United States Attorney

By:   s/Jeremy Sibert
       JEREMY SIBERT
       Assistant United States Attorney
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Facsimile: (303) 454-0405
       E-mail: jeremy.sibert@usdoj.gov
       Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2018, I electronically filed the foregoing **MOTION TO UN-RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        By:   *s/ Brittany Herrera*
        BRITTANY HERRERA
        Legal Assistant
        United States Attorney's Office