IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-429-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MYKHAEL KUCIAPINSKI,
2. KEVIN KUCIAPINSKI,
3. RANDOLPH STIMAC

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's Motion is granted, and that Grand Jury testimony may be disclosed to Defendants Mykhael Kuciapinski, Kevin Kuciapinski, and Randolph Stimac, and their attorneys in the course of discovery in this case.   It is further

ORDERED that such material shall only be used in defending this case; that such material shall be disclosed only to Defendants Mykhael Kuciapinski, Kevin Kuciapinski, and Randolph Stimac, and their attorneys; that the Defendants' attorneys shall maintain custody of such material, and shall not reproduce or disseminate the same; and that such material shall be returned to the United States at the end of the case.

Dated this 29th day of April, 2019.

BY THE COURT:

_____
William J. Martinez
United States District